| Fill in this information to identify the case: |
|---|
| Debtor 1   Stephanie Rana Carter |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the:  NORTHERN    District of  GEORGIA  (State) |
| Case number  23-59655-jwc |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

---

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| Name of creditor: | U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS3 | Court claim no. (if known) | 7 |
|---|---|---|---|
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX4136 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 12/7/2023, | (5) | $ 700.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |
| 11. | Other.  Specify:   Plan Review | 10/11/2023 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Stephanie Rana Carter | | Case number (*if known*) | 23-59655-jwc |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Ciro A Mestres | | Date | 04/03/2024 |
|---|---|---|---|---|---|
| | | Signature | | | |
| Print: | | Ciro              A              Mestres | | Title | Authorized Agent |
| | | First Name   Middle Name   Last Name | | | |
| Company | | McCalla Raymer Leibert Pierce, LLC | | | |
| Address | | 1544 Old Alabama Road | | | |
| | | Number   Street | | | |
| | | Roswell           GA           30076 | | | |
| | | City           State           ZIP Code | | | |
| Contact phone | | 678-281-6516 | Email | Ciro.Mestres@mccalla.com | |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

**In re:**                                               )
                                                         )  **Case No.** 23-59655-jwc
Stephanie Rana Carter                                    )  **Chapter** 13
                                                         )
                                                         )  **JUDGE:** Jeffery W. Cavender

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $250.00 |
| | 10/11/2023 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 |
| Bankruptcy/Proof of Claim Fees | | | $700.00 |
| | 12/07/2023 | Preparation and Filing of Proof of Claim | $700.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES:**                    **$950.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 23-59655-jwc |
| Stephanie Rana Carter | Chapter: 13 |
| | Judge: Jeffery W. Cavender |

## CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Stephanie Rana Carter
2675 Harrison Mill Dr
Douglasville, GA 30135

Karen King                                                    *(Served via ECF notices@kingkingllc.com)*
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Nancy J. Whaley, Trustee                        *(Served via ECF at ecf@njwtrustee.com)*
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 04/04/2024    By:    */s/Ciro A Mestres*
                    (date)            Ciro A Mestres
                            Authorized Agent for U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-KS3

**Aldridge Pite LLP**

PO BOX 935333

Atlanta, GA 31193 5333

Phone No: ▮

Fax No: ▮

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | ▮ |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Emily Hill |
| Mount Laurel, NJ 08054 | | Date Submitted: | 10/12/2023 |
| Re: | MADDOX STEPHANIE C | Invoice Date: | 10/11/2023 |
| | 2675 HARRISON MILL DR | Vendor Ref #: | ▮ |
| | DOUGLASVILLE, GA 30135 4443 | Vendor Code: | ALDRIDGE |
| Loan #: | ▮ | | |
| Loan Type: | Conventional | Payee Code: | FALDRIDGE |
| Inv. ID / Cat. ID: | ▮ | Type: | Non Judicial |
| Cost Center: | | Referral Date | 10/5/2023 |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $132,600.00 | HiType | 1 |
| Litigation Status Code: | YY | Class Code | |
| Man Code: | B | | |
| BK Case No: | ▮ | | |
| BK Chapter: | 13 | | |

Invoice ID: ▮
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/12/2023 | 10/19/2023 | 10/31/2023 | | 10/31/2023 | 10/31/2023 | 11/2/2023 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | | 10/11/2023 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: Plan Review Recoverable**
Service From Date: 10/11/2023         Service To Date: 10/11/2023

| | | | |
|---|---|---|---|
| | | $250.00 | $0.00 | $250.00 |

| | | | |
|---|---|---|---|
| **Total:** | | $250.00 | $0.00 | $250.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
N/A

Execution Date Time: 04/03/2024 07:21:11 AM                                                              Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 10/31/2023 | ▮ | 11/01/2023 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Review of Plan | 630 | BATY | ▮ | 92 | $250.00 |

**Aldridge Pite LLP**

PO BOX 935333

Atlanta, GA 31193 5333

Phone No: ███

Fax No: ███

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | ███ |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Emily Hill |
| Mount Laurel, NJ 08054 | | Date Submitted: | 12/8/2023 |
| Re: | MADDOX STEPHANIE C | Invoice Date: | 12/7/2023 |
| | 2675 HARRISON MILL DR | Vendor Ref #: |  |
| | DOUGLASVILLE, GA 30135 4443 | Vendor Code: | ALDRIDGE |
| Loan #: | ███ | | |
| Loan Type: | Conventional | Payee Code: | FALDRIDGE |
| Inv. ID / Cat. ID: | ███ | Type: | Non Judicial |
| Cost Center: | | Referral Date | 10/5/2023 |
| CONV Case No: | | | |
| GSE Code: | O | | |
| GSE REO Rem. Code: | | Acquisition Date: | |
| | | Paid in Full Date: | N/A |
| Original Mortgage Amount: | $132,600.00 | Foreclosure Removal | N/A |
| Litigation Status Code: | YY | HiType | 1 |
| Man Code: | B | Class Code | |
| BK Case No: | ███ | | |
| BK Chapter: | 13 | | |

Invoice ID: ███
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/8/2023 | 12/13/2023 | 12/28/2023 | | 12/28/2023 | 12/28/2023 | 12/30/2023 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Bankruptcy Fee | | 12/07/2023 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| **Note:** Prep and/or analysis of Official 410A form Non-Recoverable | | | | | | | |
| Service From Date: 12/7/2023 | | Service To Date: 12/7/2023 | | | | | |
| Attorney Fees - Proof of Claim | | 12/07/2023 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |
| **Note:** Proof of Claim Recoverable | | | | | | | |
| Service From Date: 12/7/2023 | | Service To Date: 12/7/2023 | | | | | |
| | | | | | $950.00 | $0.00 | $950.00 |
| **Total:** | | | | | $950.00 | $0.00 | $950.00 |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

N/A

Execution Date Time: 04/03/2024 07:21:11 AM                                            Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 12/28/2023 | ██████ | 12/29/2023 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Bankruptcy Fee | 630 | BATY | ██████ | 92 | $250.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 12/28/2023 | ██████ | 12/29/2023 | $700.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | 630 | FPOC | ██████ | 92 | $700.00 |

## Aldridge Pite LLP

PO BOX 935333

Atlanta, GA 31193 5333

Phone No:

Fax No

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Emily Hill |
| Mount Laurel, NJ 08054 | | Date Submitted: | 12/19/2023 |
| Re: | MADDOX STEPHANIE C | Invoice Date: | 12/18/2023 |
| | 2675 HARRISON MILL DR | Vendor Ref #: | |
| | DOUGLASVILLE, GA 30135 4443 | Vendor Code: | ALDRIDGE |
| Loan #: | | Payee Code: | FALDRIDGE |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | | |
| Cost Center: | | Referral Date | 10/11/2023 |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $132,600.00 | HiType | 1 |
| Litigation Status Code: | YY | Class Code | |
| Man Code: | B | | |
| BK Case No: | | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/19/2023 | 1/13/2024 | 1/26/2024 | | 1/13/2024 | 1/15/2024 | 1/18/2024 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | | 12/18/2023 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |

Note: Objection to Confirmation Recoverable
Service From Date: 12/18/2023        Service To Date: 12/18/2023

| | | | | | | $550.00 | $0.00 | $550.00 |
|---|---|---|---|---|---|---|---|---|

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Service Costs - Statutory Mailings | | | 10/19/2023 | 1 | $0.63 | $0.63 | $0.00 | $0.63 |

Note: Statutory First Class Mail :: 200442 Recoverable
Service From Date: 10/19/2023        Service To Date: 10/19/2023

| Service Costs - Statutory Mailings | | | 12/15/2023 | 1 | $0.63 | $0.63 | $0.00 | $0.63 |
|---|---|---|---|---|---|---|---|---|

Note: Statutory First Class Mail :: 829179 Non-Recoverable
Service From Date: 12/15/2023        Service To Date: 12/15/2023

| | | | | | | $1.26 | $0.00 | $1.26 |
|---|---|---|---|---|---|---|---|---|

Execution Date Time: 04/03/2024 07:21:11 AM                                    Pages: 1/ 3

| Cost Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| **Line Item was used multiple times on the invoice** | | | | | | | | |
| | | | | | | $0.00 | $0.00 | $0.00 |
| **Total:** | | | | | | $551.26 | $0.00 | $551.26 |

**Invoice Level Exceptions**
Possible Duplicate Invoice, Line Item was used multiple times on the invoice

**Invoice Level Comment**
N/A

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 01/15/2024 | ▮ | 01/17/2024 | $0.63 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Service Costs | Statutory Mailings | 632 | BMIS | ▮ | 92 | $0.63 |
| Service Costs | Statutory Mailings | 632 | BMIS | ▮ | 92 | $0.63 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 01/15/2024 | ▮ | 01/17/2024 | $550.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Objection to Confirmation | 630 | BKOP | ▮ | 92 | $550.00 |

Excecution Date Time: 04/03/2024 07:21:11 AM          Pages: 3/ 3